

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,100-01, -02, AND -03

### EX PARTE ROBERT DALE HINES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2586-A IN THE 42nd DISTRICT COURT
### FROM TAYLOR COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of tampering with evidence and one count of possession of methamphetamine and he was sentenced to imprisonment for twenty years on each count.

We withdraw, on our own motion, our previous denial of Applicant's -01 and -02 habeas corpus applications. Those applications are now dismissed because mandate had not yet issued at the time the applications were filed with the district clerk. *See Ex parte Johnson*, 12 S.W.3d 472 (Tex. Crim. App. 2000). After a review of the record in the -03 application, we deny relief.

Filed:  July 25, 2018
Do not publish